William W. Fife III #024379
Law Office of William Fife, PLC
18521 E. Queen Creek Road
Building 105, Suite 626
Queen Creek, Arizona 85142
Telephone: (480) 656-3924
Facsimile: (480) 619-6238
E-Mail: william@williamfifelaw.com

Attorneys for Defendant
STELLAR RECOVERY, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| PRECIOUS KENSEY, | CASE NO.: |
| Plaintiff, | |
| vs. | |
| STELLAR RECOVERY, INC., | **NOTICE OF REMOVAL** |
| Defendant. | |

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1446(a), Defendant STELLAR RECOVERY, INC. ("Defendant") hereby removes to this Court the civil action described below, as it involves a federal question.

1. On November 16, 2015, Plaintiff PRECIOUS KENSEY ("Plaintiff") filed a civil action in the South Mountain Justice Court, Maricopa County, entitled *Precious Kensey v. Stellar Recovery, Inc.*, Case No. CC2015-213118. A true and correct copy of Plaintiff's Complaint is attached hereto as Exhibit A.

2. Plaintiff's Complaint was served on Defendant on November 23, 2015.

3. This Notice of Removal is timely filed within the 30-day removal period pursuant to 28 U.S.C. § 1446(b).

4. There are no other Defendants named in Plaintiff's Complaint.

5. This action involves a federal question in that it arises under the Fair Debt Collection Practices Act (15 U.S.C. § 1692, et seq.) and the Federal Trade Commission Act (15 U.S.C § 41, et seq.). It is therefore an action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(a). In this regard, Plaintiff alleges in the Complaint that Defendant violated 15 U.S.C. §§ 1692g(a)(3), 1692g(a)(4) and 1692e(5) of the Fair Debt Collection Practices Act, and Section 45 of the Federal Trade Commission Act. (See Exhibit A.)

6. Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place where the removed action has been pending.

7. Plaintiff's Complaint does not include a demand for a jury trial.

8. Defendant will promptly file a copy of this Notice of Removal with the clerk of the State Court where the action has been pending.

DATED: December 21, 2015        LAW OFFICE OF WILLIAM FIFE, PLC

                                                 By:   */s/William W. Fife III*
                                                      William W. Fife III
                                                      Law Office of William Fife, PLC
                                                      18521 E. Queen Creek Road
                                                      Building 105, Suite 626
                                                      Queen Creek, Arizona 85142
                                                      Telephone: (480) 656-3924

Facsimile: (480) 619-6238
E-Mail: william@williamfifelaw.com
Attorneys for Defendant
STELLAR RECOVERY, INC.