# EXHIBIT A

RECEIVED
NOV 1 6 2015



# Maricopa County Justice Courts, Arizona

**South Mountain Justice Court**   620 W. Jackson St., #1044, Phoenix, AZ 85003   602-372-6300

CASE NUMBER: CC2015213118

| Plaintiff(s) Name / Address / Phone | Defendant(s) Name / Address / Phone |
|---|---|
| Precious Kensey | STELLAR RECOVERY, INC |
| 2231 East Nancy Lane | 1327 Highway 2 W  STE# 100 |
| Phoenix, Arizona 85042 | Kalispell, MT 59901 |
| ( 623 ) 570 - 4927 | ( 888 ) 613 - 0238 |

The Statutory Agent / Corporate Officer to be served is: S Garrett Schenck (CEO)

## SMALL CLAIMS COMPLAINT / SUMMONS / ANSWER

**WARNING: THERE ARE NO APPEALS IN SMALL CLAIMS CASES.** You do not have the right to appeal the decision of the Hearing Officer or the Justice of the Peace in Small claims (Division) Court. If you wish to preserve your right to appeal, you may have your case transferred to the Civil Division of the Justice Court pursuant to ARS 22-504, if you request such a transfer at least ten (10) judicial days prior to the day of the scheduled hearing.

### NOTICE AND SUMMONS

TO THE ABOVE-NAMED DEFENDANT(S): You are directed to answer this complaint within **TWENTY (20) DAYS** by filing a written ANSWER in the court named above. If you do not answer or defend, you run the risk of having a judgment entered against you for the amount of plaintiffs claim, plus court costs. A filing fee must be paid at the time your answer is filed.

Date: 11/16/15   Clerk: _____

*Requests for reasonable accommodations for persons with disabilities must be made to the court at least 3 judicial days in advance of any scheduled hearing.*

### PLAINTIFF'S CLAIM

This Justice Court has venue because ☐ The defendant resides in this precinct, ☒ The debt, or cause of action, or incident that resulted in this claim, occurred in this precinct at the following location: 2231 E. NANCY Lane PHX, AZ 85042   $ 1,062.00   is the total amount owed me by defendant because: On November 5, 2015 Defendant ("STELLAR RECOVERY, INC") as Debt Collector engaged in a scheme of unfair, unlawful and deceptive collection practice after it had received the Plaintiff's written request for validation of debt. CLAIM ONE: Plaintiff asserts that Defendant violated 15 USCS §1692g(a)(3) and (4) by sending it's initial Validation Notice that failed to inform the Plaintiff of her rights to dispute the validity of alleged debt within 30 days, and her right to request verification of debt. CLAIM TWO: Defendant violated 15 USCS §45 by attempting to demand money from the Plaintiff on said debt, where there was no assignment of debt made to Defendant from alleged creditor that complied with the requirements in ("Arizona Administrative Code R20-1518"). CLAIM THREE: Defendan violated 15 USCS § 1692(e)(5) by failing to register as debt collector with the Arizona Secretary of State in accordance to Arizona Fair Debt Collection Practices Act 32-1055(A) prior to engaging in the above fraudulent debt collection activites. NOTE:  Plaintiff is damaged and harmed by Defendant's fraufulent and deceptive conduct. See, Ex #1, and Ex#2

Date: 11/16/15   Plaintiff: _____

### DEFENDANT'S ANSWER

*A filing fee must be paid at the time your answer is filed.*

I am answering on behalf of ☐ Myself ☐ Marital Community ☐ Other: _____   I do not owe the plaintiff because:

Date: _____   Defendant(s): _____